DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

27 AUGUST 2013

| 001P13-2 | Jane Brawley Jordan v. Judge Frank Lane Williamson | Petitioner's *Pro Se* Motion for Extension of Time to File PWC | Dismissed without Prejudice **07/08/13** |
|---|---|---|---|
| 020P13 | State v. Abdul Hassan Jamaal Hoff | Def's PDR Under N.C.G.S. § 7A-31 (COA12-771) | Denied **Beasley, J., Recused** |
| 021P13 | The Glens of Ironduff Property Owners Association, Inc. v. John E. Daly and Constance V. Daly | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA12-52) 2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed 2. Allowed |
| 035P13 | In Re: D.N.W. | Respondent Father's PDR Under N.C.G.S. § 7A-31 (COA12-765) | Denied **Beasley, J., Recused** |
| 036A13 | State v. Malik Shaheem Franklin | Appellate Defender's Motion to Permit Current Appellate Counsel to Withdraw and to Reappoint the Office of the Appellate Defender | Allowed **08/07/13** |
| 037PA13-2 | State v. Tamara McDaniel Bean | Def's PDR Under N.C.G.S. § 7A-31 (COA12-697 and 12-697-2) | Denied **Beasley, J., Recused** |
| 047P13 | State v. Raymond Roberts | Def's PDR Under N.C.G.S. § 7A-31 (COA12-360) | Denied |
| 051P13 | Jacques A. Dallaire and wife, Fernande Dallaire v. Bank of America, N.A., Homefocus Services, LLC, and Landsafe Services, LLC | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA12-626) 2. N.C. Bankers Association's Motion for Leave to File *Amicus* Brief | 1. Allowed 2. Allowed **Beasley, J., Recused** |